UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GINSBERG, <br><br>    Plaintiff, <br><br>    v. <br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY * AMERICAN TRAVELLERS LIFE INSURANCE COMPANY, <br><br>    Defendants. | Case No. CV 09-04217 DDP (SHx) <br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

   The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. The Court is not convinced that the amount in controversy for Plaintiff's claims exceed $75,000, as is required for diversity jurisdiction. See 28 U.S.C. § 1332(a).

   The Court orders the parties to file supplemental briefing not to exceed ten pages, within two weeks of the date of this order, to show cause why this case should not be dismissed for failure to establish federal jurisdiction. If a party does not file a brief, the Court will regard that party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: July 14, 2009

                                       DEAN D. PREGERSON
                                       United States District Judge